IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MAGPUL INDUSTRIES CORP., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) C.A. No. 3:24-CV-00854-DRL-SJF ) |
| ELITE TACTICAL SYSTEMS GROUP, LLC, | ) **JURY TRIAL DEMANDED** ) ) ) |
| *Defendant*. | ) |

**PARTIES' JOINT MOTION FOR TWO-DAY
EXTENSION OF TIME TO FILE PROPOSED DISCOVERY PLAN**

Plaintiff Magpul Industries Corp. and Defendant Elite Tactical Systems Group, LLC (collectively, the "Parties"), by counsel, respectfully request a two-day extension of time to file a proposed discovery plan. In support of this Motion, the Parties state as follows:

1. Pursuant to the Court's Order dated December 30, 2024 (Dkt. 13), the Parties are to submit a proposed discovery plan by January 21, 2025.

2. The Parties request an additional two (2) days to and including January 23, 2025, to work together to prepare and submit a proposed discovery plan.

3. This Motion is not made for purposes of delay. The Parties need additional time to fully consider and finalize the contents of the proposed discovery plan.

WHEREFORE, the Parties respectfully request a two-day extension of time, to and including January 23, 2025, to submit the proposed discovery plan.

4929-9428-0977.1

Dated: January 21, 2025                     Respectfully submitted,

*/s/ Holiday W. Banta*
Holiday W. Banta
IN Bar No. 17852-49
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN  46282
Phone: (317) 236-5882
Facsimile: (317) 236-2219
h.banta@icemiller.com

Brain E. Mitchell (*pro hac vice*)
**MITCHELL + COMPANY**
575 Market Street, 4th Floor
San Francisco, CA 94105
Telephone: (415) 860-5382
brian.mitchell@mcolawoffices.com

*Counsel for Plaintiff Magpul Industries Corp.*


*s/Glenn D. Bellamy/*
Glenn D. Bellamy
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-241-2324
Facsimile: 513-241-6234
E-mail: gbellamy@whe-law.com

*Attorneys for Elite Tactical Systems Group, LLC*

4929-9428-0977.1